# United States Court of Appeals for the Federal Circuit

September 7, 2010

**ERRATA**

Appeal No. 2010-1005, -1033

**ELI LILLY AND COMPANY,**

v.

**TEVA PHARMACEUTICALS USA, INC.,**

Decided:  September 1, 2010
Precedential Opinion

Please make the following change:

Page 2, line 3, change "court'3s" to --court's--.